**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QUIWANECA SPIKES, | Case No.: 2:24-cv-01813-JAD-NJK |
| Plaintiff, | **Order Denying Motions** |
| v. | (Docket Nos. 6, 7) |
| WILLIAM RUEBART, et al., | |
| Defendants. | |

To help resolve Plaintiff's cases, the Court scheduled this case to be part of a global inmate mediation conference set for April 24, 2026. *See* Docket No. 8. Pending in this case are Plaintiff's motion to submit a second amended complaint ("SAC") with proposed SAC and a motion to stay the case so Plaintiff can find counsel. Docket Nos. 6, 6-1, 7.

The Court grants Plaintiff's motion to file a SAC, Docket No. 6, but will defer screening the SAC until after the global mediation conference. Additionally, because the global mediation conference will give Plaintiff the opportunity to resolve her cases, the Court denies the motion to stay the case to find the counsel, Docket No. 7, without prejudice.

Accordingly, for the reasons stated above,

IT IS ORDERED that the motion to file a SAC, Docket No. 6, is **GRANTED**. The Court defers screening the SAC until after the global mediation.

IT IS FURTHER ORDERED that the motion to stay case, Docket No. 7, is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: February 10, 2026

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE