# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

QUIWANECA SPIKES,

               Plaintiff,

v.

WILLIAM RUEBART, et al.,

               Defendants.

Case No.: 2:24-cv-01813-JAD-NJK

**Order**

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Local Rule IA 3-1. This Court grants Plaintiff until July 2, 2026, to file her updated address with this Court. If Plaintiff does not update the Court with her current address by that deadline, this case will be subject to dismissal without prejudice.

Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners, Docket No. 1, as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by July 2, 2026, or pay the full filing fee of $405.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff must file an updated address with the Clerk of the Court by **July 2, 2026**.

1

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners, Docket No. 1, is **DENIED** as moot.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, no later than **July 2, 2026**, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS SO ORDERED.

DATED: June 3, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2