**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

QUIWANECA SPIKES,

Plaintiff,

v.

WILLIAM REUBART, et al.,

Defendants.

Case No. 2:24-cv-01813-JAD-NJK

**Order Granting Motion for Electronic Filing**

(Docket No. 14)

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 14. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). Plaintiff's motion is **GRANTED** subject to the following:

- No later than August 11, 2026, Plaintiff must file a certification that she is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.
- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED: July 21, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can be found at https://www.nvd.uscourts.gov/e-filing-permission/.